IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES, | No. C 15-80147M CW |
| Plaintiff, | |
| v. | |
| MYERS URBATSCH, PC, | |
| Defendant. | |
| _____/ | |
| JEROME L. GRIMES, | No. C 15-80155M CW |
| Plaintiff, | |
| v. | |
| MICHAEL ALHSTROM, et al., | |
| Defendants. | |
| _____/ | |
| JEROME L. GRIMES, | No. C 15-80167M CW |
| Plaintiff, | |
| v. | |
| MIESHALEEN TITUS, et al., | |
| Defendants. | |
| _____/ | |
| JEROME L. GRIMES, | No. C 15-80175M CW |
| Plaintiff, | |
| v. | |
| CITCO OIL COMPANY, et al., | |
| | |
| Defendants. | |
| _____/ | |

United States District Court
Northern District of California

```
JEROME L. GRIMES,

         Plaintiff,                    No. C 15-80194M CW

    v.

UNKNOWN,                               ORDER RETURNING

         Defendant.                    COMPLAINTS TO
_____/       PLAINTIFF
```

On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes. The pre-filing order states that if Mr. Grimes files a complaint that is "related to any of the following matters:

    (1) a diversified group of individuals who commit acts of terror against Mr. Grimes, his family and other citizens;

    (2) an injunction against the defendants to prevent them from kidnaping, framing, falsely imprisoning or otherwise terrorizing Mr. Grimes, his family, and other citizens;

    (3) a court order for the defendants to be subjected to a lie detector test;

    (4) covert terrorism

it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations. Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual allegations and claims for relief."

The Court has reviewed the above-captioned complaints filed by Mr. Grimes and finds that they shall not be filed because they relate to matters described by the pre-filing order or fail to contain intelligible factual allegations and claims for relief.

I.   Case No. 15-80147

The complaint in this case makes various allegations surrounding the administration of Plaintiff's mother's estate following her death in 2012.  The complaint does not contain intelligible factual allegations and claims for relief.  Accordingly, it shall not be filed.

II.  Case Nos. 15-80155, 15-80167, 15-80175 and 15-80194

The Court finds that the complaints in these cases shall not be filed because they allege that Defendants are engaged in terrorism.  One of the cases, 14-80155 also seeks a court order for Defendants to be subjected to a lie detector test.  Mr. Grimes alleges no cognizable causes of action in these complaints.

CONCLUSION

Because the above-captioned complaints concern multiple matters mentioned in the pre-filing order, present no cognizable cause of action or fail to contain intelligible factual allegations and claims for relief, the Clerk of the Court is ordered not to file them.  Instead, the complaints shall be returned to Mr. Grimes.

IT IS SO ORDERED.

Dated: 7/29/15

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br>        Plaintiff,<br>  v.<br>MYERS URBATSCH, PC,<br>        Defendant.<br>_____/ | Case No.  15-mc-80147-CW |
| JEROME L. GRIMES,<br>        Plaintiff,<br>  v.<br>MICHAEL ALHSTROM, et al.,<br>        Defendants.<br>_____/ | No. C 15-80155M CW |
| JEROME L. GRIMES,<br>        Plaintiff,<br>  v.<br>MIESHALEEN TITUS, et al.,<br>        Defendants.<br>_____/ | No. C 15-80167M CW |
| JEROME L. GRIMES,<br>        Plaintiff,<br>  v.<br>CITCO OIL COMPANY, et al.,<br><br>        Defendants.<br>_____/ | No. C 15-80175M CW |
| JEROME L. GRIMES,<br>        Plaintiff,<br>  v.<br>UNKNOWN,<br>        Defendant.<br>_____/ | No. C 15-80194M CW<br><br>**Certificate of Service** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
500 Office Center Drive
Suite 400
Ft. Washington, PA 19034
**(Original Complaints Returned)**

Dated: July 29, 2015

                                                          Richard W. Wieking
                                                          Clerk, United States District Court

By: /s/ Jean E. Ballard
Jean Ballard, Deputy Clerk to the
Honorable CLAUDIA WILKEN